| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF GEORGIA |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Global Values Barre VT QOZ, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
84-2544234

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 15 Blackwell St.<br>Barre, VT 05641<br>Number, Street, City, State & ZIP Code | 582 E. Home Ave.<br>Palatine, IL 60074<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Washington<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor **Global Values Barre VT QOZ, LLC** _____ Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor **Global Values Barre VT QOZ, LLC** _____ Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**
District _____    When _____    
Relationship _____    Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
     Contact name _____
     Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **Global Values Barre VT QOZ, LLC** _____  Case number (*if known*)_____
    Name

      ☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
       ■ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
       ☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor  **Global Values Barre VT QOZ, LLC**     Case number (*if known*)
    Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 7, 2025**
    MM / DD / YYYY

**X** **/s/ Anand S. Anandan**      **Anand S. Anandan**
Signature of authorized representative of debtor      Printed name

Title  **Manager**

**18. Signature of attorney**

**X** **/s/ David L. Bury, Jr.**      Date **March 7, 2025**
Signature of attorney for debtor      MM / DD / YYYY

**David L. Bury, Jr. 133066**
Printed name

**Stone & Baxter, LLP**
Firm name

**577 Third Street**
**Macon, GA 31201**
Number, Street, City, State & ZIP Code

Contact phone  **478-750-9898**      Email address  **dbury@stoneandbaxter.com**

**133066 GA**
Bar number and State

Debtor **Global Values Barre VT QOZ, LLC**      Case number (*if known*)
   Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF GEORGIA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Anandan, Anand Su and Anandan, Lakshmi** | | | Relationship to you | **Affiliate/Insider** |
| District | **Northern District of Illinois** | When | **1/14/25** | Case number, if known | **25-00530** |
| Debtor | **Century Granite Company, Inc.** | | | Relationship to you | **Affiliate/Insider** |
| District | **Middle District of Georgia** | When | **12/04/23** | Case number, if known | **23-30611** |
| Debtor | **Global Values GA, LLC** | | | Relationship to you | **Affiliate/Insider** |
| District | **Middle District of Georgia** | When | **8/05/24** | Case number, if known | **24-30387** |
| Debtor | **Global Values, Inc.** | | | Relationship to you | **Affiliate/Insider** |
| District | **Middle District of Georgia** | When | **12/04/23** | Case number, if known | **23-30612** |

## JOINT RESOLUTION OF ALL OF THE MEMBERS AND MANAGERS
## OF
## GLOBAL VALUES BARRE VT QOZ, LLC

The following joint action was taken by all of the members and managers of Global Values Barre VT QOZ, LLC (the "**Company**") by this written consent to said action signed by all of the members and managers of the Company, said action to have full force and effect as if adopted at a duly called and held special meeting.

WHEREAS, the undersigned believe that it is in the best interests of the Company for the Company to file a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Georgia.

NOW THEREFORE, IT IS HEREBY RESOLVED,

That the Company file a Petition for Reorganization under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Georgia; and

That **ANAND S. ANANDAN**, on behalf of the Company as its Manager, is hereby authorized to take such actions and to execute such instruments and documents as, in his sole and explicit discretion, may be necessary or desirable in connection with filing, administering, and completing the Chapter 11 case.

Dated: March 6, 2025.

MEMBERS AND MANAGERS

_____
ANAND S. ANANDAN

_____
LAKSHMI ANANDAN

G:\CLIENTS\Global Values Barre VT QOZ, LLC\Petition\Consent Minutes - Global Values Barre VT QOZ, LLC.doc

**Fill in this information to identify the case:**

Debtor name: **Global Values Barre VT QOZ, LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF GEORGIA**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 7, 2025**     X **/s/ Anand S. Anandan**
                                    Signature of individual signing on behalf of debtor

                                    **Anand S. Anandan**
                                    Printed name

                                    **Manager**
                                    Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Global Values Barre VT QOZ, LLC**
United States Bankruptcy Court for the: **MIDDLE DISTRICT OF GEORGIA**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Angel Stones, Inc. 5540 Centerview Dr. - Suite 204, PMB Raleigh, NC 27606 | | Unsecured Loan to Debtor | | | | $11,738.00 |
| City of Barre Vermont Carolyn S. Dawes, Clerk/Treasurer P.O. Box 418 Barre, VT 05641 | | 2025 Ad Valorem Taxes on Unit 6 | | | | $2,872.13 |
| City of Barre Vermont Carolyn S. Dawes, Clerk/Treasurer P.O. Box 418 Barre, VT 05641 | | 2025 Ad Valorem Taxes on Unit 3A | | | | $2,461.45 |
| City of Barre Vermont Carolyn S. Dawes, Clerk/Treasurer P.O. Box 418 Barre, VT 05641 | | 2025 Ad Valorem Taxes on Unit 1 | | | | $1,837.45 |
| U.S. Small Business Administration Georgia District Office 233 Peachtree Street, NE #300 Atlanta, GA 30303 | | Alleged Security Agreement in Various Personal Property | Disputed | $48,100.00 | $0.00 | $48,100.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

# United States Bankruptcy Court
## Middle District of Georgia

In re  **Global Values Barre VT QOZ, LLC**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Anand Anandan**<br>582 E. Home Ave.<br>Palatine, IL 60074 | | **50%** | **Membership** |
| **Lakshmi Anandan**<br>582 E. Home Ave.<br>Palatine, IL 60074 | | **50%** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **March 7, 2025**

Signature  **/s/ Anand S. Anandan**
**Anand S. Anandan**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Georgia

In re  **Global Values Barre VT QOZ, LLC**   Case No.  
Debtor(s)   Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **March 7, 2025**        **/s/ Anand S. Anandan**
                                **Anand S. Anandan**/**Manager**
                                Signer/Title

```
Anand Anandan
582 E. Home Ave.
Palatine IL 60074

Angel Stones, Inc.
5540 Centerview Dr. - Suite 204, PMB
Raleigh NC 27606

Antonin Robbason
Ryan Smith & Carbine, Ltd.
P.O. Box 310
Rutland VT 05702

City of Barre Vermont
Carolyn S. Dawes, Clerk/Treasurer
P.O. Box 418
Barre VT 05641

CT Corporation System, as Rep.
Attn: SPRS
330 N. Brand Blvd. Suite 700
Glendale CA 91203

Internal Revenue Service
Centralized Insolvency Op.
P.O. Box 7346
Philadelphia PA 19101-7346

Lakshmi Anandan
582 E. Home Ave.
Palatine IL 60074

Retail Capital, LLC
d/b/a Credibly
25200 Telegraph Rd. #350
Southfield MI 48033

Seamless Capital Group, LLC
2329 Nostrand Ave.
Brooklyn NY 11210

Sherman and Diane Cochran
24 Facteau Circle
Barre VT 05641

Sherman and Diane Cochran
12903 Oriago St
Venice FL 34293

U.S. Attorney
Middle District of Georgia
c/o Bernard Snell
P.O. Box 1702
Macon GA 31202
```

```
U.S. Small Business Administration
Georgia District Office
233 Peachtree Street, NE #300
Atlanta GA 30303

Vermont Department of Taxes
Bankruptcy Dept.
133 State St. 1st Floor
Montpelier VT 05633-1401
```

# United States Bankruptcy Court
## Middle District of Georgia

In re  **Global Values Barre VT QOZ, LLC**
Debtor(s)

Case No.
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Global Values Barre VT QOZ, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Anand Anandan**
**582 E. Home Ave.**
**Palatine, IL 60074**

**Lakshmi Anandan**
**582 E. Home Ave.**
**Palatine, IL 60074**

☐ None [*Check if applicable*]

**March  7, 2025**
Date

**/s/ David L. Bury, Jr.**
**David L. Bury, Jr. 133066**
Signature of Attorney or Litigant
Counsel for  **Global Values Barre VT QOZ, LLC**
**Stone & Baxter, LLP**
**577 Third Street**
**Macon, GA 31201**
**478-750-9898 Fax:478-750-9899**
**dbury@stoneandbaxter.com**